# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **DALE CONRAD McQUISTON,** )<br>)<br>Movant, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA,** )<br>)<br>Respondent. ) | Civ. No. 1:24-cv-01162-STA-jay<br>Cr. No. 1:88-cr-10054-JDT |

## ORDER DIRECTING CLERK TO CLOSE CASE

Dale Conrad McQuiston, inmate number 11697-076, filed a *pro se* motion to vacate, set aside, or correct his sentence pursuant to 28 USC §2255. He previously filed *Dale Conrad McQuiston v. United States of America*, 2:10-cv-02542-STA-dkv (W.D. Tenn. Sept. 25, 2019). In that matter, McQuiston's motion pursuant to 28 U.S.C. § 2255 was denied on September 24, 2019, and judgment was subsequently entered.

Because Movant/Defendant must obtain a certification from the Sixth Circuit Court of Appeals before filing a second or successive motion, *see In re Sonshine*, 132 F.3d 1133, 1135 (6th Cir. 1997), the Court ordered the Clerk of Court to transfer the motion to the United States Court of Appeals for the Sixth Circuit for a determination of whether Movant/Defendant could file a second or successive motion to vacate sentence pursuant to 28 U.S.C. § 2255.

On November 5, 2024, the Sixth Circuit denied the application. Accordingly, the Clerk of Court is **DIRECTED** to close the case without entry of judgment.

**IT IS SO ORDERED**.

                                                **s/ S. Thomas Anderson**
                                                S. THOMAS ANDERSON
                                                UNITED STATES DISTRICT JUDGE

                                                Date:  November 5, 2024